# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-1363
_____

Anthony Umekwe,                              *
                                             *
              Appellant,                     *
                                             *   Appeal from the United States
       v.                                    *   District Court for the Eastern
                                             *   District of Arkansas.
Arkansas State Board of Nursing;             *
Faith A. Fields, Arkansas State Board        *          [UNPUBLISHED]
of Nursing; Shirlene Harris,                 *
Baptist School of Nursing,                   *
                                             *
              Appellees.                     *

_____

Submitted: June 23, 2003

Filed: July 1, 2003
_____

Before MORRIS SHEPPARD ARNOLD, BYE, and RILEY, Circuit Judges.
_____

PER CURIAM.

       Anthony Umekwe appeals the district court's[1] adverse grant of summary judgment in his civil action. Having carefully reviewed the record, we conclude that the judgment was proper for the reasons explained by the district court, that the

_____

[1]The Honorable George Howard, Jr., United States District Judge for the Eastern District of Arkansas.

district court did not abuse its discretion in denying Mr. Umekwe's postjudgment motions, and that the various arguments in Mr. Umekwe's appellate filings are meritless and do not warrant extended discussion.

Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.